UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DENNIS JONES,<br><br>            Plaintiff,<br><br>     vs.<br><br>DEPARTMENT OF CORRECTIONS and AHCC MEDICAL STAFF,<br><br>            Defendants. | NO.  CV-07-152-EFS<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE** |

BEFORE THE COURT is Plaintiff Dennis Jones's Motion to Voluntarily Dismiss Complaint pursuant to Federal Rule of Civil Procudure 41(a). Defendants have not been served in this action. Accordingly, **IT IS ORDERED** Plaintiff's Motion **(Ct. Rec. 10)** is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE.**

Plaintiff also filed a Motion and Affidavit to waive collection of the remaining balance of the filing fee in this action. For good cause shown, **IT IS ORDERED** Plaintiff's Motion **(Ct. Rec. 11)** is **GRANTED** and the institution having custody of Mr. Jones shall cease collection of the filing fee in this action, cause number **CV-07-152-EFS.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff and close the file. The District Court Executive is

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 1

further directed to send a copy of this Order to the Office of the **Department of Corrections, Attn: LFO/COS UNIT, P.O. Box 41107, Olympia, WA 98504-1107,** to forward to the appropriate agency having custody of Plaintiff. The District Court Executive also **shall** provide a copy of this Order to the Financial Administrator for the United States District Court, Eastern District of Washington.

**DATED** this  30th  day of July 2007.


                              S/ Edward F. Shea
                               EDWARD F. SHEA
                       UNITED STATES DISTRICT JUDGE

Q:\Civil\2007\7cv152efs-7-18-vdisc.wpd

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF THE FILING FEE CEASE -- 2